IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| DENISE R. EKSTRAND ) | |
| DEBTOR ) | Case No:19-10964 - TPA |
| ) | Judge Thomas P. Agresti |
| ) | |
| _____ ) | |
| ) | Chapter 13 |
| ) | |
| DENISE R. EKSTRAND ) | Document No. |
| Movant ) | |
| v.           ) | Related to Document No. |
| PNC BANK, N.A. ) | |
| Respondent ) | Hearing Date: February 3, 2021 |
| ) | at 9:30 a.m. |
| ) | |

## NOTICE OF HEARING ON DEBTORS' OBJECTION TO CLAIM NUMBER4

TO THE RESPONDENT:

You are hereby notified that the above Movant seeks an Order for the Court to disapprove of the Mortgage Payment Change filed in the above referenced case, in which Respondents may have an interest.

You should take this to your lawyer at once.

Anyone who wishes to object is further notified to file with the Clerk and serve on the undersigned attorney for Movant a response to the Motion upon the undersigned, which the undersigned must receive on or before January 8, 2021 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's Web Page at www.pawb.uscourts.gov.  If you fail to timely respond the Motion may be granted at the hearing.

Whether or not any written response is received, a hearing will be held on February 3, 2021 at 9:30 a.m. before Judge Thomas P. Agresti in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania, 16501.

Date of Mailing or other service:  December 22, 2020

Attorney for Movants

 /s/ Tina M. Fryling, Esquire
Tina M. Fryling, Esquire
4402 Peach Street, Suite 3
Erie, Pennsylvania   16509
(814) 450-5161
Attorney for the Debtors
PA Attorney I.D. No. 76520