Form 312

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Denise R. Ekstrand** | : | Case No. 18−10964−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Denise R. Ekstrand | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 51 Related to Claim No. 4 |
| v. | : | |
| PNC Bank, N.A. | : | |
| *Respondent(s).* | : | Hearing Date: 3/3/21 at 10:30 AM |
| | : | |
| | : | |

## ORDER

     *AND NOW,* this ***The 23rd of December, 2020,*** upon consideration of the ***Debtor(s)' Objection/Response to Payment Change Notification*** filed at Doc. No. 51 ("Objection") which relates to the *Payment Change Notification* filed at Claim No. 4,

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1)    ***On or before February 5, 2021, PNC Bank, N.A.*** shall file a ***Response*** to the *Objection* ("Response") specifically addressing each and every one of the objections asserted by the Debtor(s). Any *Response* filed by the Party originally filing the *Payment Change Notification* shall attach as an exhibit to the *Response:*

(a) A complete and accurate loan payment history since the date of the last payment change;
(b) A computation of the payment change in a format which is readily understandable by the Court and the Parties−in−Interest; and,
(c) A declaration by a competent official of the Creditor substantiating the veracity and accuracy of all matters pertaining to the requested *Payment Change Notification.*

     (2)    A hearing on the *Objection* is scheduled for ***March 3, 2021*** at ***10:30 AM*** in https://www.zoomgov.com/j/16021303488. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

     (3)    ***If on or before February 12, 2021,*** the Parties resolve the *Objection*, a ***Consent Order*** shall be filed. If a *Consent Order* is timely filed, the above−scheduled hearing may be cancelled and the *Consent Order* considered.

continued on reverse side or next page

(4)   If **on or before February 15, 2021,** no *Response* is filed to the *Objection*, the Debtor(s) shall file a **Certificate of No Objection**. If a *Certificate of No Objection* is timely filed, the above−scheduled hearing will be cancelled and the Court will consider the matter.

(5)   Movant(s) shall *immediately* serve this *Order* on any affected Party(ies) and file a **Certificate of Service** with the Clerk within five (5) days of this Order.

*[Signature]*
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Counsel for the Movant(s)