UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
DENISE R. EKSTRAND               )
    DEBTOR                       )    Case No:19-10964 - TPA
                                 )    Judge Thomas P. Agresti
                                 )
_____   )
                                 )    Chapter 13
                                 )
DENISE R. EKSTRAND               )    Document No.
    Movant                       )
           v.                    )    Related to Document No.
PNC BANK, N.A.                   )
    Respondent                   )    Hearing Date: March 3, 2021
                                 )    at 10:30 a.m.
                                 )

## CERTIFICATE OF SERVICE

I, Tina M. Fryling, Esquire, certify under penalty of perjury that I served the Court's Order dated December 23, 2020 setting the hearing date and other deadlines in the above referenced case on the following parties in interest on December 28, 2020:

Electronic Notification:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222
Ustpregion03.pi.ecf@usdoj.gov

PNC Bank, NA
PO Box 94982
Cleveland, OH  44101
bankruptcy @pnc.com

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com

                        Attorney for Movant,
                        By   /s/   Tina M. Fryling, Esquire
                          Tina M. Fryling, Esquire
                          4402 Peach Street, Suite 3
                          Erie, Pennsylvania 16509
                          (814) 450-5161