UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>　DENISE R. EKSTRAND<br>　　DEBTOR<br><br>_____<br><br>DENISE R. EKSTRAND<br>　Movant<br>　　　v.<br>PNC BANK, N.A.<br>　Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No:18-10964 - TPA<br>Judge Thomas P. Agresti<br><br>Chapter 13<br><br>Document No.<br><br>Related to Document No.<br><br>Hearing Date: March 3, 2021<br>at 10:30 a.m. |

## CERTIFICATE OF SERVICE

I, Tina M. Fryling, Esquire, certify under penalty of perjury that I served the Court's Order dated December 23, 2020 setting the hearing date and other deadlines in the above referenced case on the following parties in interest on December 28, 2020:

Electronic Notification:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222
Ustpregion03.pi.ecf@usdoj.gov

PNC Bank, NA
PO Box 94982
Cleveland, OH  44101
bankruptcy @pnc.com and United States Mail,
Postage Prepaid

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com

　　　　　　　　　　　　　　　　Attorney for Movant,
　　　　　　　　　　　　　　　　By   /s/   Tina M. Fryling, Esquire
　　　　　　　　　　　　　　　　　Tina M. Fryling, Esquire
　　　　　　　　　　　　　　　　　4402 Peach Street, Suite 3
　　　　　　　　　　　　　　　　　Erie, Pennsylvania 16509
　　　　　　　　　　　　　　　　　(814) 450-5161