**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Denise R. Ekstrand<br>　　　　　　　　　　　Debtor(s)<br><br>Denise R. Ekstrand<br>　　　　　　　　　　　Movant<br>　　　　v.<br>PNC Bank, N.A.<br>　　　　　　　　　　　Respondents | BK. NO. 18-10964 TPA<br><br>CHAPTER 13<br><br>Related to Document No. 51 Related to Claim No. 4<br><br>Hearing Date: 3/3/21 at 10:30 a.m. |

# CONSENT ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Consent Order:

WHEREAS, PNC Bank, N.A. has filed a Notice of Mortgage Payment Change as it relates to Claim No. 4, on the mortgage secured by Debtor's real property at 60 Indian Drive, Erie, PA 16511;

WHEREAS, Debtors have filed an Objection to the Notice of Mortgage Payment Change (Doc. 51);

WHEREAS, the parties enter into this Stipulation to resolve the Notice of Mortgage Payment Change.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. The mortgage relating to Claim No. 4 was paid in full on 12/29/2020 using suspense funds of $3,193.82.

2. A refund check in the amount of $260.48 was mailed to the debtor on or around 1/14/2021.

3. The Notice of Mortgage Payment Change is moot due to the loan being paid in full.

Consented to by:

| | |
|---|---|
| **/s/ Tina M. Fryling**_____ | **/s/ Maria D. Miksich**_____ |
| Tina M. Fryling, Esq. | Maria D. Miksich, Esq., PA ID 319383 |
| PA ID # 76520 | KML Law Group, P.C. |
| 4402 Peach Street, Ste. 3 | 701 Market Street, Suite 5000 |
| Erie, PA 16509 | Philadelphia, PA 19106 |
| Phone: (814) 450-5161 | Phone: (412-430-3589) |
| Email: tinafryling@gmail.com | Email: mmiksich@kmllawgroup.com |

It is hereby ORDERED that the parties' Consent Order be and hereby is APPROVED, and the hearing scheduled for 3/3/2021 at 10:30 a.m. is cancelled.

By the Court,

_____ J.