UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 18-10964-JCM |
| DENISE R. EKSTRAND, | : | |
| Debtor, | : | CHAPTER NO. 13 |
| | : | |
| DENISE R. EKSTRAND | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |
| | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.  The Debtor has have made all payments required by the Chapter 13 Plan.

2.  The Debtor is not required to pay any Domestic Support Obligations.

3.  The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.  On October 13, 2018, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

5.  This Certification is being signed under penalty of perjury by Tina M. Fryling, Esq.*:* Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated:  August 25, 2023                    By:    /s/ Tina M. Fryling, Esq.
                                                                        Tina M. Fryling, Esq.
                                                                        4402 Peach Street, Ste 3
                                                                        Erie, PA  16509
                                                                        (814) 450 5161
                                                                        tinafryling@gmail.com
                                                                        PA ID 76520

**PAWB Local Form 24 (07/13)**